Performance Plus Medical, P.C., as Assignee of St. Leger, Alvarest, Appellant, 
against
MVAIC, Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Marshall & Marshall (Barbara Carabell, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Jodi Orlow, J.), entered June 23, 2014. The order denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which denied plaintiff's motion for summary judgment and granted defendant's cross motion for summary judgment dismissing the complaint. The court found that defendant had demonstrated that there was a lack of coverage due to the exhaustion of the limits of the applicable no-fault benefits.
Contrary to plaintiff's contention, defendant's payment log was properly considered by the court, and the affidavit from defendant's claims representative sufficiently established the dates the claims set forth in the payment log had been received by defendant. Consequently, plaintiff's argument with respect to defendant's cross motion for summary judgment lacks merit.
Accordingly, the order is affirmed.
Weston, J.P., Aliotta and Elliot, JJ., concur.
Decision Date: June 02, 2017